IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:10-00074, 3:12-00121, 3:12-00224 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief Judge, U.S. District Court |
| JONATHAN BAXTER | ) |

MOTION TO RESCHEDULE SENTENCING HEARING

Jonathan Baxter, through undersigned counsel, and pursuant to the Court's order, (D.E. 50 ), moves to reschedule this matter for a sentencing hearing. The parties have conferred and are both available for the sentencing hearing on Monday, July 22, 2013, at 3:30 p.m.

[Handwritten annotation: This motion is GRANTED. The hearing is set for July 22, 2013 at 4:00 pm. William Haynes 6-21-13]

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2013, I electronically filed the foregoing Motion to Re-schedule Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/Sumter L. Camp
Sumter L. Camp